JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCINTOSH LABORATORY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ACER CAPITAL GROUP, INC., dba ACG COMPANIES, a California corporation,<br><br>　　　　　Defendant. | No.: SACV13-848-JST (FFMx)<br><br>**FINAL JUDGMENT**<br><br>Hon. Judge Josephine Staton Tucker |

Upon consideration of the parties Stipulation for Entry of Consent Judgment and [Proposed] Final Judgment, and good cause appearing therefore, it is HEREBY ADJUDGED, ORDERED AND DECREED that final judgment is hereby entered as follows:

1. Plaintiff McIntosh Laboratory, Inc.'s ("Plaintiff") U.S. Trademark Registration Nos. 0656034, 1106001, 2022091, 2035338 2709210 (collectively "the MCINTOSH Marks") are duly issued, valid and enforceable;

2. Defendant Acer Capital Group, Inc. dba ACG Companies' ("Defendant) manufacture and sale of audio equipment bearing the trade name and trade mark MACNTOSH ("the MACNTOSH Mark"), and Defendant's advertising of such products on a website at the domain name www.macntoshaudio.com ("the MACNTOSH Domain Name"), as described in Plaintiffs' Complaint filed in the above-captioned action, infringe the MCINTOSH Marks;

3. Defendant and its partners, officers, agents, servants, employees, owners and representatives, including but not limited to its managing partner Paul A. Garcia in both his corporate and individual capacity, and all other persons, firms or corporations in active concert or participation with it, shall immediately cease and permanently refrain from making (or having made), using, importing, offering for sale, or selling anywhere any products bearing the MACNTOSH Mark or any other mark that is confusingly similar to or a colorable imitation of the MCINTOSH Marks;

4. Defendant and its partners, officers, agents, servants, employees, owners and representatives, including but not limited to its managing partner Paul A. Garcia in both his corporate and individual capacity, and all other persons, firms or corporations in active concert or participation with it, shall immediately cease and permanently refrain from using the MACNTOSH Domain Name, or any other domain name that is confusingly similar to or a colorable imitation of the MCINTOSH Marks, and shall transfer the MACNTOSH Domain Name URL to McIntosh;

5. Defendant shall immediately file with the USPTO an express abandonment with prejudice of the '361 Application;

6. Plaintiff's requests for money damages are dismissed;

7. All parties shall bear their own attorneys' fees and costs incurred in this action; and

8. This Court retains jurisdiction to enforce the terms of the parties' settlement agreement, and resolve any disputes regarding compliance with this Final Judgment.

DATED:   August 27, 2013

_____
JOSEPHINE STATON TUCKER
United States District Court Judge